IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00021-KLM-CBS

SUSAN E. KUGLITSCH, an individual,

    Plaintiff/Counter Defendant,

v.

SUNTRUST MORTGAGE, INC., a corporation,

    Defendant/Counter Claimant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on March 11, 2009, by Judge Christine M. Arguello and was assigned to Magistrate Judge Kristen L. Mix on March 13, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. I note that a settlement conference has been set via Scheduling Order [#15] before Magistrate Judge Shaffer on March 24, 2009 at 1:30 p.m.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Christine M. Arguello on January 9, 2009 [Docket No. 5], is **vacated**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 19, 2010 at 9:15 a.m. will be held by Magistrate Judge Kristen L. Mix in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

Dated: March 16, 2009

                                            BY THE COURT:

                                            s/ Kristen L. Mix
                                            KRISTEN L. MIX
                                            United States Magistrate Judge