IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00021-KLM-CBS

SUSAN E. KUGLITSCH,

    Plaintiff/Counter Defendant,

v.

SUNTRUST MORTGAGE, INC.,

    Defendant/Counter Claimant.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation of Dismissal with Prejudice** [Docket No. 34; Filed November 16, 2009].

    IT IS HEREBY **ORDERED** that this matter is **DISMISSED with prejudice**, each party to pay his or its own attorneys' fees and costs.

Dated:  November 17, 2009